BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:12-CR-00446 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER REGARDING |
| v. | ) | FINANICAL DISCLOSURES |
| | ) | |
| NOLA DIANE COLLINS, aka | ) | |
| Diane Collins, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On October 21, 2013, the Defendant herein, NOLA DIANE COLLINS, entered a guilty plea to Count One of the Indictment, which charges her with Theft of Public Money, in violation of 18 U.S.C. § 641.

As part of her Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of her assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit) within five (5) weeks from the entry of Defendant's change of plea (see Doc. 19, ¶3(k)).  The Defendant also agreed to have the Court enter an

order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, NOLA DIANE COLLINS, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than November 25, 2013.

Dated:  November 21, 2013                 BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Christopher D. Baker
                                          CHRISTOPHER D. BAKER
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **November 21, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America


                    IN THE UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        ) NO.  1:12-CR-00446 LJO
                                 )
          Plaintiff,             )
                                 ) ORDER REGARDING FINANCIAL
     v.                          ) DISCLOSURES
                                 )
NOLA DIANE COLLINS, aka          )
  Diane Collins,                 )
                                 )
          Defendant.             )
                                 )
_____)

     The Defendant herein, NOLA DIANE COLLINS, is hereby ordered to
complete and sign both the "Financial Statement Pre-Sentencing
Disclosure" and the "Authorization to Release Information," and
provide those forms to the United States Attorney's Office, Attention
FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no
later than November 25, 2013.