IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00446 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| NOLA DIANE COLLINS, | |
| Defendant. | |

The above named defendant is ordered released pursuant to the hearing held on 6/27/2016, at which time the sentencing was continued, pending the Defendant's entry into, and completion of, a dual diagnostic out patient program.

IT IS HEREBY ORDERED that the defendant shall be released to the custody of Kevin Mitchel of the Federal Defender's office on Monday, June 27, 2016.

IT IS SO ORDERED.

Dated:   **June 27, 2016**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES CHIEF DISTRICT JUDGE