IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00446-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| NOLA DIANE COLLINS | |
| Defendant. | |

The above named defendant having been sentenced on April 24, 2017, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __April 24, 2017__        _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES CHIEF DISTRICT JUDGE